UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| MATTHEW J. AVITT, and ) | Case No. 15-47864-399 |
| JACLYN M. AVITT ) | |
| fka Jaclyn M. Sutorius ) | Chapter 13 |
| fka Jaclyn M. Taylor ) | |
| Debtors. ) | |
| ) | Motion 16 |
| ) | |
| ) | **O R D E R and  N O T I C E** |

On October 27, 2015, this Court entered an Order dismissing this Chapter 13 case Due to 180 day bar Prohibition in Previous Case 15-45882-399.  Debtors' Motion To Reinstate and Set Aside Dismissal of this Chapter 13 case was filed October 28, 2015. The Debtors have now paid that fee in full and filed a Motion to Waive the Bar in the 15-45882-399 case which I granted by separate Order. Upon consideration and review of record in this case, it is

**ORDERED** that the Debtors' Motion To Reinstate and Set Aside Dismissal of this Chapter 13 case be and it hereby is **GRANTED**, in that this Court's Order of Dismissal, dated October 27, 2015, be and it hereby is **SET ASIDE** in its entirety.  This case is hereby reinstated.  If the stay of 11 U.S.C. § 362 has not terminated, such stay is reinstated.  All motions pending when the case was dismissed are hereby reinstated, without calendar dates.   Debtor(s) shall obtain a hearing date and time and reset all matters pending and provide notice to all appropriate parties.  Failure to comply with the provisions of this Order within 14 days of the date of this Order may result in such motion(s) being granted upon application of movant without further notice.

**IT IS FURTHER ORDERED** that all application filed under 11 U.S.C. § 503(b) and approved after the date of dismissal of this case and before the date of this Order, are hereby set aside, provided the Trustee has not previously paid such claims.

**IT IS FURTHER ORDERED** that Debtor(s) Chapter 13 Confirmation hearing **will remain set for January 13, 2016, at 10:00 a.m.,** in U.S. Bankruptcy Courtroom North, 111 South Tenth, 5th Floor, St. Louis, Missouri, 63102.

DATED:  October 28, 2015
St. Louis, Missouri
lat

/s/ Barry S. Schermer
Barry S. Schermer
United States Bankruptcy Judge

Copy mailed to:

All Creditors and Parties in Interest